1653-14

# ELECTRONIC RECORD

COA # 14-13-00915-CR                    OFFENSE: Theft

STYLE: Tommie Lee Jackson v The State of Texas          COUNTY: Harris

COA DISPOSITION: Affirmed                TRIAL COURT: 174th District Court

DATE: November 18, 2014   Publish: Yes          TC CASE #:1366858

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Tommie Lee Jackson v The State of Texas

CCA # _____

___APPELLANT'S___   Petition          CCA Disposition: __1653-14__
FOR DISCRETIONARY REVIEW IN CCA IS:      DATE: _____

___REFUSED___                  JUDGE: _____

DATE: __02/11/2015__               SIGNED: _____   PC: _____

JUDGE: __Per Curiam__              PUBLISH: _____   DNP: _____

--------------------------

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**